UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**ANTONIO WEST,**
         **Plaintiff,**

         vs.         05-1202

**JAMES A. CASSON,**
         **Defendant.**

### ORDER

A merit review hearing of the pro-se plaintiff's complaint was scheduled for September 28, 2005 at 9:15 a.m. The plaintiff failed to appear. The plaintiff was ruled to show cause why his complaint should not be dismissed for failure to litigate by October 7, 2005. The plaintiff was forewarned that failure to show cause by the specified deadline would result in summary dismissal of his lawsuit. The plaintiff has failed to respond to the court's order and has not shown good cause.

**It is therefore ordered:**

1. Pursuant to Fed. Rule Civ. Proc. 41(b), this case is dismissed for failure to prosecute.
2. All pending matters are rendered moot. This case is terminated in its entirety.
3. The plaintiff is responsible for ensuring the balance of the $250.00 filing fee is paid to the clerk of the court. Release from incarceration does not relieve the plaintiff of his obligation to pay the filing fee in full. The plaintiff is ordered to notify the clerk of the court of a change of address and phone number within seven days of such change.

Enter this 4th day of November 2005.

/s/ Harold A. Baker
_____
**HAROLD A. BAKER**
**UNITED STATES DISTRICT JUDGE**